COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Theaola Robinson v. The Walt Disney Company; ABC Television Network, Inc.; CC Texas Holding Co., Inc.; and KTRK Television, Inc.

Appellate case number:    01-14-00880-CV

Trial court case number:  2011-54895

Trial court:              234th District Court of Harris County

On June 10, 2015, the Clerk of this Court received and filed appellant Theaola Robinson's Appellant's Brief and "Motion to Extend Time to File Court Brief 01-14-00880-CV." By her motion, Robinson states that she needs additional time to "copy the necessary number of briefs and submit other required information to the court" and requests a ten-day extension to file her brief with this Court. In her brief, Robinson states that appendix items A through K "will be submitted within ten days." We construe Robinson's motion as a motion requesting additional time within which to file an appendix to the brief and an additional copy of the brief. On June 19, 2015, Robinson filed an Amended Appellant's Brief, which includes the appendix items. *See* TEX. R. APP. P. 38.7. Accordingly, we **dismiss as moot** Robinson's motion.

Appellees' brief, if any, is due to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Russell Lloyd</u>
                   ☒ Acting individually    ☐ Acting for the Court

Date: June 25, 2015